[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15078
_____

D.C. Docket No. 8:11-cr-00633-MSS-MAP-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARIANNE RODRIGUEZ,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 23, 2013)

Before BARKETT, MARCUS, and HILL, Circuit Judges.

PER CURIAM:

Arianne Rodriguez appeals his convictions for conspiracy to possess (Count

One), and possession with the intent to distribute (Count Two) 100 kilograms or

more of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846.  On appeal, Rodriguez argues that the district court erred in denying his motion to suppress all drug-related evidence, which law enforcement officers seized during the warrantless entry into his garage.  He also argues that the evidence was insufficient to support his convictions.  The district court denied Rodriguez's motion to suppress on the basis of the government's argument that exigent circumstances justified the warrantless search and seizure at his residence.

After careful review of the record and the briefs, and the benefit of oral argument of the parties, we find no reversible error and **AFFIRM**.

BARKETT, Circuit Judge, dissenting:

I believe the district court erred in denying the motion to suppress under the facts of this case.